```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO E. MELENDEZ,

          Plaintiff,

-against-

C.H.S. CORRECTIONAL HEALTH SERVICES, et al.,

          Defendants.

21-CV-09163 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff's Amended Complaint (Dkt. 11), which alleges among other things that he was deprived of adequate medical care while held on Riker's Island, lists Correctional Health Services (CHS) as one of the defendants. On September 19, 2022, attorney Jennifer Goltche of the New York City Law Department appeared on behalf of CHS. (Dkt. 18.) On November 17, 2022, attorney Goltche requested that "the Court substitute the proper suable entity, New York City Health & Hospitals, as a defendant in place of Correctional Health Services." (Dkt. 21.) On November 22, 2022, attorney Goltche confirmed that she "will also represent New York City Health & Hospitals for the purposes of this litigation." (Dkt. 23.)

    Accordingly, the Clerk of Court is respectfully directed to amend the case caption to replace "Correctional Health Services" with "New York City Health & Hospitals." The Court previously directed CHS to answer or otherwise respond to the Amended Complaint no later than December 23, 2022. (Dkt. 22.) The substitution does not affect that deadline, which now applies to New York City Health & Hospitals.

Dated: New York, New York
       December 1, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**