UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO E. MELENDEZ,

        Plaintiff,

  -against-

NEW YORK CITY HEALTH & HOSPITALS, et al.,

        Defendants.

21-CV-9163 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's conference:

1. No later than **May 9, 2023**, plaintiff shall serve his responses to the document requests and interrogatories served on him on February 14, 2023, along with copies of any responsive documents in his possession, custody, and control.

2. The Court recognizes that mail pickup and posting from Rikers Island may be delayed. Should defendants not receive plaintiff's written discovery responses by **May 16, 2023**, they shall so inform the Court by letter.

3. Defendants shall arrange to conduct plaintiff's deposition promptly upon receipt of his written discovery responses.

4. A status conference will be held before Judge Moses on **June 20, 2023, at 11:00 a.m.**, via teleconference. On that date, the parties must call (888) 557-8511 a few minutes before the scheduled time and enter the access code 7746387.

5. Plaintiff is reminded that it is his responsibility to inform the Court, in writing, of any changes in his address. A copy of the appropriate form (entitled Notice of Change of Address) is attached to this Order for plaintiff's benefit.

Dated: New York, New York
      April 25, 2023

                                 **SO ORDERED**.

                                 _____
                                 **BARBARA MOSES**
                                 **United States Magistrate Judge**

IH-34 Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____
Name (Last, First, MI)

_____
Address            City            State            Zip Code

_____
Telephone Number            E-mail Address (if available)

_____
Date            Signature