UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO E. MELENDEZ, | |
|         Plaintiff, | 21-CV-9163 (GHW) (BCM) |
| -against- | **ORDER TO WARDEN REGARDING STATUS CONFERENCE** |
| NEW YORK CITY HEALTH & HOSPITALS, et al., | |
|         Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

      This action is scheduled for a status conference, via telephone, on **July 19, 2023** at **10:00 a.m.**

      It is hereby **ORDERED** that the Warden, or other official in charge of the West Facility, produce plaintiff PABLO E. MELENDEZ on **July 19, 2023** no later than **9:45 a.m.** to a suitable location within the West Facility that is equipped with a telephone for the purpose of participating by telephone in a conference with the Court and defendants' counsel. The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact West Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) confirm that plaintiff has joined the telephone conference ten minutes before the time and date of the conference.

      If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

Dated: New York, New York
       June 26, 2023

                                          **SO ORDERED.**

                                          _____
                                          **BARBARA MOSES**
                                          **United States Magistrate Judge**