

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**JESSE N. ZILINSKI**
*Assistant Corporation Counsel*
phone: (212) 356-2381
fax: (212) 356-3509
Jzilinsk@law.nyc.gov

June 27, 2023

**BY E.C.F.**
Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Pablo E. Melendez v. New York City Health and Hospitals, et al.,
                  21-CV-9163 (GHW) (BCM)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to represent Defendants City of New York, New York City Health and Hospitals, and Correction Officer Guity (collectively, "Defendants") in the above-referenced matter. Defendants write to respectfully request an adjournment of the status conference currently scheduled for July 19, 2023, at 10:00 a.m. (See ECF No. 40).

      This is Defendants' first request to adjourn the status conference and such request will not affect other deadlines. Due to the urgency of this request and Plaintiff's incarceration status, Defendants were unable to obtain Plaintiff's position on this request.

      By way of relevant background, on June 26, 2023, the Court scheduled a status conference for July 19, 2023, at 10:00 a.m. (See ECF No. 40).

      However, defense counsel is unable to participate in a status conference on that date due to a previously scheduled mandatory trial advocacy training program at Fordham Law School. Defense counsel is available for a status conference on July 20, 21, 24, 25, or 26, 2023.

      Thank you for your consideration herein.

                                        Respectfully submitted,

                                        */s/ Jesse N. Zilinski*

                                        Jesse N. Zilinski
                                        *Assistant Corporation Counsel*
                                        Special Federal Litigation Division

CC:    **BY FIRST CLASS MAIL**
        Pablo E. Melendez
        B&C: 241-20-01438
        West Facility
        16-06 Hazen Street
        Queens, New York 11370

---

Application GRANTED. In light of Defendants' scheduling conflict, the Court hereby ADJOURNS the status conference scheduled for July 19, 2023 to **July 20, 2023** at **10:00 a.m.** On that date, the parties must call (888) 557-8511 a few minutes before the scheduled time and enter the access code 7746387. SO ORDERED.

*/s/ Barbara Moses*
Barbara Moses
United States Magistrate Judge
June 28, 2023

---

2