UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO E. MELENDEZ, | |
| Plaintiff, | 21-CV-9163 (GHW) (BCM) |
| -against- | **ORDER** |
| NEW YORK CITY HEALTH & HOSPITALS, et al., | |
| Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

During today's telephonic status conference, the *pro se* plaintiff, who is presently incarcerated at Riker's Island, advised the Court that he is in the process of retaining attorney Alexis Padilla as his counsel in this action. Consequently, the status conference is ADJOURNED to **August 16, 2023** at **10:00 a.m.**, and will take place via teleconference. On that date, the parties must call (888) 557-8511 a few minutes before the scheduled time and enter the access code 7746387.

Counsel for defendants is directed to serve attorney Padilla with a copy of this order, a copy of the accompanying order to the Warden, and the outstanding discovery requests that defendants have served on plaintiff and for which, as of yet, defendants await responses.

If and when attorney Padilla is retained on behalf of plaintiff, he is directed to make his appearance promptly, so that the case can progress.

Dated: New York, New York
      July 20, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**