UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO E. MELENDEZ,<br><br>                Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HEALTH & HOSPITALS, et al.,<br><br>                Defendants. | 21-CV-9163 (GHW) (BCM)<br><br>**ORDER TO WARDEN REGARDING STATUS CONFERENCE** |

**BARBARA MOSES, United States Magistrate Judge.**

      This action is scheduled for a status conference, via telephone, on **August 16, 2023** at **10:00 a.m.**

      It is hereby **ORDERED** that the Warden, or other official in charge of the West Facility, produce plaintiff PABLO E. MELENDEZ on **August 16, 2023** no later than **9:45 a.m.** to a suitable location within the West Facility that is equipped with a telephone for the purpose of participating by telephone in a conference with the Court and defendants' counsel. The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact West Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) confirm that plaintiff has joined the telephone conference ten minutes before the time and date of the conference.

      If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

Dated: New York, New York
       July 20, 2023

                                          **SO ORDERED.**

                                       _____
                                       **BARBARA MOSES**
                                       **United States Magistrate Judge**