UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO E. MELENDEZ,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

21-CV-9163 (GHW) (BCM)

**ORDER TO SUPERINTENDENT REGARDING SETTLEMENT CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/5/2023__

**BARBARA MOSES, United States Magistrate Judge.**

    This action is scheduled for a settlement conference, via telephone, on **November 15, 2023** at **2:15 p.m.**

    It is hereby **ORDERED** that the Superintendent, or other official in charge of the Elmira Correctional Facility, produce plaintiff PABLO E. MELENDEZ on **November 15, 2023** no later than **2:00 p.m.** to a suitable location within the Elmira Correctional Facility that is equipped with a telephone for the purpose of participating by telephone in a conference with the Court and defendants' counsel. The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time.

    Plaintiff's counsel must: (1) send this Order to the Superintendent immediately; (2) contact Elmira Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) confirm that plaintiff has joined the telephone conference ten minutes before the time and date of the conference.

    If the scheduled time and date presents a hardship, the Superintendent or the Superintendent's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

Dated: New York, New York
       October 5, 2023

                                SO ORDERED.

                                _____
                                **BARBARA MOSES**
                                **United States Magistrate Judge**